[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11308
Non-Argument Calendar
_____

D.C. Docket No. 6:09-cr-00011-LGW-CLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL HENDRIX,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(October 18, 2019)

Before ED CARNES, Chief Judge, GRANT and FAY, Circuit Judges.

PER CURIAM:

Matthew Hube, appointed counsel for Michael Hendrix in this appeal from a revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Hendrix's supervised release and sentence are **AFFIRMED.**